| | | |
|---|---|---|
| ✎ AO 120 (Rev. 3/04) | | |
| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following   x Patents or   ☐ Trademarks:

| DOCKET NO.<br>07cv361 | DATE FILED<br>06/07/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Ronald A. Katz Technology Licensing L.P. | | DEFENDANT<br>Comcast Corporation et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,035,021 | 03/07/2000 | Ronald A. Katz |
| 2 | 6,148,065 | 11/14/2000 | Ronald A. Katz Technology Licensing L.P. |
| 3 | 5,974,120 | 10/26/1999 | Ronald A. Katz Technology Licensing L.P. |
| 4 | US 6,349,134 B1 | 02/19/2002 | Ronald A. Katz Technology Licensing L.P. |
| 5 | 4,930,150 | 05/29/1990 | First Data Resources Inc. |
| | US 6,434,223 B2 | 08/13/2002 | Ronald A. Katz Technology Licensing L.P. |
| | 5,251,252 | 10/05/1993 | First Data Resources Inc. |
| | 5,351,285 | 09/27/1994 | First Data Resources Inc. |
| | 5,255,309 | 10/19/1993 | First Data Resources Inc. |
| | US 6,678,360 B1 | 01/13/2004 | Ronald A. Katz Technology Licensing L.P. |
| | US 6,512,415 B1 | 01/28/2003 | Ronald A. Katz Technology Licensing L.P. |
| | 5,815,551 | 09/29/1998 | Ronald A. Katz Technology Licensing L.P. |
| | 5,835,576 | 11/10/1998 | Ronald A. Katz Technology Licensing L.P. |
| | US 6,424,703 B1 | 07/23/2002 | Ronald A. Katz Technology Licensing L.P. |
| | 5,561,707 | 10/01/1196 | Ronald A. Katz Technology Licensing L.P. |
| | 5,828,734 | 10/27/21998 | Ronald A. Katz Technology Licensing L.P. |
| | 5,898,762 | 04/27/1999 | Ronald A. Katz Technology Licensing L.P. |
| | 5,684,863 | 11/04/1997 | Ronald A. Katz Technology Licensing L.P. |
| | 5,917,893 | 06/29/1999 | Ronald A. Katz Technology Licensing L.P. |
| | US 6,335,965 B1 | 01/01/2002 | Ronald A. Katz Technology Licensing L.P. |
| | 4,792,968 | 12/20/1988 | FDR Interactive Technologies |
| | 5,128,984 | 07/07/1992 | First Data Resources Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | 06/08/2007 |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**