IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/ FLORIDA/LOUISIANA/ MINNESOTA/ MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/ MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC;<br><br>Defendants. | C.A. No. 07-361<br><br>**DEMAND FOR JURY TRIAL** |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as lead Delaware counsel on behalf of defendants listed below:

Comcast Corporation;
Comcast of New Castle County, LLC
Comcast of Delmarva, Inc.;

Comcast of Eastern Shore, LLC;
Comcast of California II, LLC;
Comcast of California/Colorado, LLC;
Comcast of Arkansas/Florida/Louisiana/Minnesota/Mississippi/Tennessee, Inc.;
Comcast of Colorado/Pennsylvania/West Virginia, LLC;
Comcast of Florida/Illinois/Michigan, Inc.;
Comcast of Garden State, L.P.;
Comcast of Houston, LLC

                              POTTER ANDERSON & CORROON LLP

                              By: */s/ Richard L. Horwitz*
                                  Richard L. Horwitz (#2246)
                                  David E. Moore (#3983)
                                  Hercules Plaza, 6th Floor
                                  1313 N. Market Street
                                  Wilmington, Delaware 19801
                                  Tel: (302) 984-6000
                                  Fax: (302) 658-1192
                                  rhorwitz@potteranderson.com
                                  dmoore@potteranderson.com

Dated: June 15, 2007                      *Attorneys for Comcast Defendants*
801973 / 31932

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 15, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Andre G. Bouchard
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington DE  19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on June 15, 2007, I have Electronically Mailed the documents to the following:

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

801959 / 31932