## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-361 |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | DEMAND FOR JURY TRIAL |
| Defendants. | ) ) ) ) | |

## AFFIDAVIT OF MAILING
## PURSUANT TO D. DEL. LR 4.1(B)

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS. |
| COUNTY OF NEW CASTLE | ) |

John M. Seaman, being duly sworn, deposes and says:

1.    I am an attorney for the plaintiff in the above-captioned action and am duly authorized to make this affidavit on its behalf and to represent the facts set forth herein.

2.    Pursuant to 10 *Del. C.* § 3104, on June 8, 2007, the Secretary of State of the State of Delaware was served with a true and correct copy of the Complaint with accompanying Summons in this action on behalf of defendant Comcast Corporation. A copy of the letter to the Secretary of State is attached hereto as Exhibit A.

3.    On June 12, 2007, I caused a copy of the Complaint with accompanying Summons to be sent by registered mail, return receipt requested, together with a letter stating the information required by 10 *Del. C.* § 3104(d), to the defendant at the address indicated below:

> Comcast Corporation
> 1500 Market Street
> Philadelphia, PA 19102-2148

Copies of that letter and the receipt for Registered Mailing are attached hereto as Exhibits B and C.

4.    The Complaint with accompanying Summonses and related papers were received by defendants on June 20, 2007, as evidenced by the return postal receipt (unsigned) and the USPS's Track and Confirm receipt which are attached hereto as Exhibits D and E.

_____
John M. Seaman (I.D. No. 3863)

SWORN TO AND SUBSCRIBED before me this 22nd day of June, 2007.

_____
Notary Public

JULIE L. FIELDER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 9, 2008

{BMF-W0059435.}                                2

# EXHIBIT A

BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

JOHN M. SEAMAN

DIRECT DIAL
(302) 573-3508
JSEAMAN@BMF-LAW.COM

June 8, 2007

**By Hand Delivery**

Ms. Harriet Windsor Smith
Delaware Secretary of State
John G. Townsend Building
401 Federal Street, Suite 3
Dover, Delaware 19901

      Re:   *Ronald A. Katz Technology Licensing, L.P. v. Comcast Corp. et al.,*
            <u>D. Del., C.A. No. 07-361</u>

Dear Ms. Smith:

      Enclosed are copies of summonses and complaints in the above-captioned matter for service on the following defendant pursuant to 10 *Del. C.* § 3104:

            Comcast Corporation
            1500 Market Street
            Philadelphia, PA 19102-2148

      Pursuant to 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon each of the above listed defendants personally within this State. Brandywine Process Servers will make payment for the $2.00 fee on our behalf.

      Please contact me with any questions.

                       Sincerely,

                       John M. Seaman

Enclosures
{BMF-W0058717.}

# EXHIBIT B

**BOUCHARD MARGULES & FRIEDLANDER**
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

JOHN M. SEAMAN

DIRECT DIAL
(302) 573-3508
JSEAMAN@BMF-LAW.COM

June 12, 2007

**BY REGISTERED MAIL,**
**RETURN RECEIPT REQUESTED**

Comcast Corporation
1500 Market Street
Philadelphia, PA 19102-2148

Re:    *Ronald A. Katz Technology Licensing, L.P. v. Comcast Corp.*
       D. Del., C.A. No. 07-361

Dear Comcast Corporation:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you, and that under the provisions of 10 *Del. C.* § 3104 such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

Enclosed is a copy of the Summons and Complaint, which explain the basis of the lawsuit against you.

Sincerely,

John M. Seaman

Enclosures

{BMF-W0059431.}

# EXHIBIT C

Registered No.

RP. 366 033 648 US

Date Stamp

USPS
JUN 13 2007

**To Be Completed By Post Office**

| Received $ | 9.50 | | |
| Handling Charge $ | | Return Receipt $ | 2.15 |
| Postage $ | 5.70 | Restricted Delivery $ | |
| Received by | ℰ M | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $

☐ With Postal Insurance
☑ Without Postal Insurance

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM

Bouchard Margules + Friedlander
222 Delaware Ave, ste 1400
Wilmington, DE 19801

TO

Comcast Corporation
1500 Market Street
Philadelphia, PA 19102 - 2148

PS Form **3806**, June 2002        **Receipt for Registered Mail**        Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

# EXHIBIT D

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

1. Article Addressed to:

Comcast Corporation
1600 Market Street
Philadelphia, PA
19102-2148

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☒ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)  RR 366 033 648 US

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    WILM, PA 191.

20 JUN 2007 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bouchard Margules + Friedlander
222 Delaware Ave, Ste 1400
Wilmington, DE 19801

Attn: Julie

633 C003    [barcode]

# EXHIBIT E



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm         FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: RR36 6033 648U S
Status: **Delivered**

Your item was delivered at 4:30 AM on June 20, 2007 in
PHILADELPHIA, PA 19103.

( Additional Details > )  ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy 

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on June 22, 2007, I caused to be

electronically filed a true and correct copy of the notice of the foregoing *Affidavit of*

*Mailing Pursuant to D. Del. LR 4.1(b)* with the Clerk of Court by CM/ECF which will

send notification of such filing to the following counsel of record:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19801

> *[signature]*

> John M. Seaman (#3868) [jseaman@bmf-law.com]
> BOUCHARD MARGULES & FRIEDLANDER, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> 302.573.3500

> *Attorneys for Plaintiff*
> *Ronald A. Katz Technology Licensing L.P.*

{BMF-W0060381.}