IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, et al.<br><br>    Defendants. | C.A. No. 07-361 (GMS) |

## ENTRY OF APPEARANCE

Please enter the appearance of FISH & RICHARDSON P.C. as Delaware Counsel for defendants XM SATELLITE RADIO HOLDINGS INC., XM SATELLITE RADIO, INC., XM RADIO, INC., and XM EQUIPMENT LEASING, LLC. This entry of appearance shall not be considered to be a waiver of available defenses.

Dated: June 25, 2007    FISH & RICHARDSON P.C.

By: */s/ Raymond N. Scott, Jr.*
    Raymond N. Scott, Jr. (#4949)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    302.652.5070
    rscott@fr.com

*Attorneys for Defendants XM Satellite Radio Holdings Inc.; XM Satellite Radio, Inc.; XM Radio, Inc.; XM Equipment Leasing, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2007, I electronically filed with the Clerk of Court this **ENTRY OF APPEARANCE** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the document was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Andre G. Bouchard<br>John M. Seaman<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801<br>302.573.3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com | *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P* |

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899 | *Attorneys for Defendants Comcast Corporation; Comcast Cable Communications, LLC; Comcast of New Castle County, LLC; Comcast of Delmarva, Inc.; Comcast of Eastern Shore, LLC; Comcast of California II, LLC; Comcast of California/Colorado, LLC; Comcast of Arkansas/Florida/Louisiana/Minnesota/ Mississippi/Tennessee, Inc.; Comcast of Colorado/Pennsylvania/West Virginia, LLC; Comcast of Florida/Illinois/Michigan, Inc.' Comcast of Garden State, L.P.; Comcast of Houston, LLC* |

                                                      /s/ *Raymond N. Scott, Jr.*
                                                      Raymond N. Scott, Jr.