IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/ FLORIDA/LOUISIANA/ MINNESOTA/ MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/ MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC;<br><br>Defendants. | C.A. No. 07-361-GMS<br><br>**DEMAND FOR JURY TRIAL** |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Anthony I. Fenwick, Suong Nguyen, Jill Zimmerman and Veronica Abreu of Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park, CA, 94025, to represent defendants, Comcast Corporation, Comcast of New Castle County, LLC, Comcast of Delmarva, Inc., Comcast of Eastern Shore, LLC, Comcast of California II, LLC, Comcast of California/Colorado, LLC,

Arkansas/Florida/Louisiana/Minnesota/Mississippi/Tennessee, Inc., Comcast of Colorado/Pennsylvania/West Virginia, LLC, Comcast of Florida/Illinois/Michigan, Inc., Comcast of Garden State, L.P. and Comcast of Houston, LLC, in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Comcast Corporation; Comcast of New Castle County, LLC; Comcast of Delmarva, Inc.; Comcast of Eastern Shore, LLC; Comcast of California II, LLC; Comcast of California/ Colorado, LLC; Comcast of Arkansas/ Florida/Louisiana/ Minnesota/ Mississippi/ Tennessee, Inc.; Comcast of Colorado/ Pennsylvania/West Virginia, LLC; Comcast of Florida/Illinois/ Michigan, Inc.; Comcast of Garden State, L.P.; Comcast of Houston, LLC*

Dated:  June 27, 2007
803848 / 31932

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion


Date: June 27, 2007               Signed: */s/ Anthony I. Fenwick*
                                  Anthony I. Fenwick
                                  Davis Polk & Wardwell
                                  1600 El Camino Real
                                  Menlo Park, CA  94025
                                  Telephone: 605-752-2015

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 27, 2007            Signed: /s/ Suong Nguyen
                                      Suong Nguyen
                                      Davis Polk & Wardwell
                                      1600 El Camino Real
                                      Menlo Park, CA  94025
                                      Telephone: 605-752-2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 27, 2007              Signed:/s/ Jill Zimmerman
                                 Jill Zimmerman
                                 Davis Polk & Wardwell
                                 1600 El Camino Real
                                 Menlo Park, CA 94025
                                 Telephone: 605-752-2060

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 27, 2007                Signed: */s/ Veronica Abreu*
                                   Veronica Abreu
                                   Davis Polk & Wardwell
                                   1600 El Camino Real
                                   Menlo Park, CA  94025
                                   Telephone: 605-752-2074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 27, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Andre G. Bouchard
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington DE  19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on June 27, 2007, I have Electronically Mailed the documents to the following:

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

801959 / 31932