**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 07-361-GMS |
| COMCAST CORPORATION; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/ FLORIDA/LOUISIANA/ MINNESOTA/ MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/ MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC; | ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Matthew B. Lehr and Anthony I.

Fenwick of the law firm of Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park,

CA, 94025, as co-counsel on behalf of defendants listed below:

Comcast Corporation;
Comcast of New Castle County, LLC
Comcast of Delmarva, Inc.;

Comcast of Eastern Shore, LLC;
Comcast of California II, LLC;
Comcast of California/Colorado, LLC;
Comcast of Arkansas/Florida/Louisiana/Minnesota/Mississippi/Tennessee, Inc.;
Comcast of Colorado/Pennsylvania/West Virginia, LLC;
Comcast of Florida/Illinois/Michigan, Inc.;
Comcast of Garden State, L.P.;
Comcast of Houston, LLC

OF COUNSEL:                                POTTER ANDERSON & CORROON LLP


DAVIS POLK & WARDWELL              By: */s/ Richard L. Horwitz*
Matthew B. Lehr (DE #2370)                 Richard L. Horwitz (#2246)
Anthony I. Fenwick                         David E. Moore (#3983)
1600 El Camino Real                        Hercules Plaza, 6th Floor
Menlo Park, CA 94025                       1313 N. Market Street
Tel: (650) 752-2010                        Wilmington, Delaware 19801
Fax: (650) 752-3615                        Tel: (302) 984-6000
Matthew.lehr@dpw.com                       Fax: (302) 658-1192
Anthony.fenwick@dpw.com                    rhorwitz@potteranderson.com
                                           dmoore@potteranderson.com

                                           *Attorneys for Defendants Comcast*
                                           *Corporation; Comcast of New Castle*
                                           *County, LLC; Comcast of Delmarva, Inc.;*
                                           *Comcast of Eastern Shore, LLC; Comcast of*
                                           *California II, LLC; Comcast of California/*
                                           *Colorado, LLC; Comcast of Arkansas/*
                                           *Florida/Louisiana/ Minnesota/ Mississippi/*
                                           *Tennessee, Inc.; Comcast of Colorado/*
                                           *Pennsylvania/West Virginia, LLC; Comcast*
                                           *of Florida/Illinois/ Michigan, Inc.; Comcast*
Dated: June 27, 2007                       *of Garden State, L.P.; Comcast of Houston,*
803843 / 31932                             *LLC*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on June 27, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Andre G. Bouchard
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

I hereby certify that on June 27, 2007, I have Electronically Mailed the documents to the following:

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

801959 / 31932