IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC; <br><br> Defendants. | C.A. No. 07-361 (GMS) <br><br><br><br> DEMAND FOR JURY TRIAL |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS each of the defendants signing this stipulation has requested an extension of time to answer, move or otherwise plead in response to the Complaint to allow it the additional time necessary to evaluate more fully the allegations of the Complaint and its response to the allegations;

{BMF-W0060623.}

WHEREAS each of the defendants signing this stipulation has agreed that it will not be asserting in this action any defense of insufficiency of process or insufficiency of service of process;

IT IS HEREBY STIPULATED by Plaintiff and defendants GEICO Corp.; Government Employees Insurance Company; GEICO General Insurance Company; GEICO Indemnity Company; and GEICO Casualty Company, subject to the approval of the Court, that each of these defendants may have until August 10, 2007, to answer, move or otherwise plead in response to the Complaint.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | FOX ROTHSCHILD LLP |
|---|---|
| */s/ John M. Seaman* <br> Andre G. Bouchard (#2504) <br> John M. Seaman (#3868) <br> 222 Delaware Ave., Suite 1400 <br> Wilmington, DE 19801 <br> 302.573.3500 <br> abouchard@bmf-law.com <br> jseaman@bmf-law.com <br><br> *Attorneys for Plaintiff* <br> *Ronald A. Katz Technology Licensing, L.P.* <br><br> Dated: July 3, 2007 | */s/ Francis G.X. Pileggi* <br> Francis G. X. Pileggi (#2624) <br> 919 N. Market Street <br> Suite 1300 <br> Wilmington, DE 19801 <br> (302) 655-3667 <br> fpileggi@foxrothschild.com <br><br> *Attorneys for Defendants GEICO Corp.; Government Employees Insurance Company; GEICO General Insurance Company; GEICO Indemnity Company; and GEICO Casualty Company* |

SO ORDERED this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE