IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.<br><br>　　　　Defendants. | Civil Action No.  C.A. No. 07-361 (GMS) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Lauren A. Degnan, Ruffin B. Cordell and Michael Chibib to represent Defendants XM Satellite Radio Holdings Inc.; XM Satellite Radio Inc.; XM Radio Inc. and XM Equipment Leasing LLC in this matter.

Dated: July 16, 2007  　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　By:　_/s/ Raymond N. Scott, Jr._
　　　　　　　　　　　　　　　　　Raymond N. Scott, Jr. (#4949)
　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　Phone:  (302) 652-5070
　　　　　　　　　　　　　　　　　Facsimile:  (302) 652-0607
　　　　　　　　　　　　　　　　　Email:  rscott@fr.com
　　　　　　　　　　　　　　　　　*Attorneys for Defendants XM Satellite Radio Holdings Inc.; XM Satellite Radio Inc.; XM Radio Inc. and XM Equipment Leasing LLC*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____
       Lauren A. Degnan

Date: 7/16/07

Fish & Richardson P.C.
1425 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331
degnan@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, Virginia and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Ruffin B. Cordell_
Ruffin B. Cordell

Date: June 28, 2007

Fish & Richardson P.C.
1425 K Street, N.W.
Suite 1100
Washington, D.C. 20005
Telephone: 202-783-5070
Facsimile: 202-783-2331
cordell@fr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____
Michael Chibib

Date: June 28, 2007

Fish & Richardson P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, Texas 78701
Telephone: 512-472-5070
Facsimile: 512-320-8935
chibib@fr.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, I electronically filed with the Clerk of Court **Motion and Order for Admission Pro Hac Vice** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Andre G. Bouchard<br>John M. Seaman<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>abouchard@bmf-law.com<br>Jseaman@bmf-law.com | *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing,*<br>*L.P.* |

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | *Attorneys for Defendants*<br>*Comcast Corporation; Comcast of New*<br>*Castle County, LLC; Comcast of*<br>*Delmarva, Inc.; Comcast of Eastern*<br>*Shore, LLC; Comcast of California II,*<br>*LLC; Comcast of California/Colorado,*<br>*LLC; Comcast of Arkansas/Florida/*<br>*Louisiana/Minnesota/Mississippi/*<br>*Tennessee, Inc.; Comcast of*<br>*Colorado/Pennsylvania/West Virginia,*<br>*LLC; Comcast of Florida/Illinois/*<br>*Michigan, Inc.; Comcast of Garden*<br>*State, L.P.; Comcast of Houston, LLC* |

**BY EMAIL AND BY HAND**

| | |
|---|---|
| Francis G. X. Pileggi<br>Fox Rothschild LLP<br>919 N. Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>fpileggi@foxrothschihld.com | *Attorneys for Defendants GEICO Corp.;*<br>*Government Employees Insurance*<br>*Company; GEICO General Insurance*<br>*Company; GEICO Indemnity Company;*<br>*and GEICO Casualty Company* |

I hereby certify that on July 16, 2007, I have mailed by United Sates Postal Service, the document(s) to the following non-registered participants:

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Robert T. Haslam<br>Andrew C. Byrnes<br>Heller Ehrman LLP<br>275 Middlefield Road<br>Menlo Park, CA  94025-3506<br>Robert.haslam@hellerehrman.com<br>Andrew.byrnes@hellerehrman.com | *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing,*<br>*L.P.* |
| Michael K. Plimack<br>Dale A. Rice<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA  94104-2878<br>Michael.plimack@hellerehrman.com<br>Dale.rice@hellerehrman.com | |

**BY EMAIL AND BY U.S. MAIL**

| | |
|---|---|
| Matthew B. Lehr<br>Anthony I. Fenwick<br>Davis Polk & Wardwell<br>1600 El Camino Real<br>Menlo Park, CA  94025<br>Matthew.lehr@dpw.com<br>Anthony.fenwick@dpw.com | *Attorneys for Defendants*<br><br>*Comcast Corporation; Comcast of New Castle County, LLC; Comcast of Delmarva, Inc.; Comcast of Eastern Shore, LLC; Comcast of California II, LLC; Comcast of California/Colorado, LLC; Comcast of Arkansas/Florida/ Louisiana/Minnesota/Mississippi/ Tennessee, Inc.; Comcast of Colorado/Pennsylvania/West Virginia, LLC; Comcast of Florida/Illinois/ Michigan, Inc.; Comcast of Garden State, L.P.; Comcast of Houston, LLC* |

　　　　　　　　　　　　　　　　　　*/s/ Raymond N. Scott, Jr.*
　　　　　　　　　　　　　　　　　　Raymond N. Scott, Jr.

80046206.doc