IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/ FLORIDA/LOUISIANA/ MINNESOTA/ MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/ MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-361 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE COMCAST DEFENDANTS' 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the Comcast Defendants disclose as follows:

1. Comcast Corporation is a publicly-traded Pennsylvania corporation that has no parent corporation. No publicly held corporation owns 10% or more of its stock.

2. Comcast Cable Communications, LLC is wholly owned by Comcast Holdings Corporation, a Pennsylvania corporation wholly owned by Comcast Corporation and Sural LLC, a Delaware limited liability company wholly owned by Comcast Corporation (*see* no. 1, above).

3. Comcast of New Castle County, LLC is wholly owned by York Cable Television, Inc., a Delaware corporation wholly owned by Susquehanna Cable Co., a Pennsylvania corporation. Susquehanna Cable Co. is wholly owned by Lenfest York, Inc., a Delaware corporation wholly owned by Comcast of Southeast Pennsylvania, LLC, a Delaware limited liability company, which, in turn, is wholly owned by Comcast Cable Communications, LLC, a Delaware limited liability company (*see* no. 2, above).

4. Comcast of Delmarva, Inc. is wholly owned by Comcast Cable Communications, LLC, a Delaware limited liability company (*see* no. 2, above).

5. Comcast of Eastern Shore, LLC is wholly owned by Comcast Cable Communications, LLC, a Delaware limited liability company (*see* no. 2, above).

6. Comcast of California II, LLC is wholly owned by Comcast Cable Holdings, LLC, a Delaware limited liability company that is wholly owned by Comcast Cable Communications Holdings, Inc., a Delaware corporation. Comcast Cable Communications Holdings, Inc. is wholly owned by Comcast Corporation, a publicly-traded Pennsylvania corporation (*see* no. 1, above).

7. Comcast of California/Colorado, LLC is wholly owned by Comcast ABB HCI, LLC, an Iowa limited liability company wholly owned by Comcast Cable Holdings, LLC, a Delaware limited liability company. In turn, Comcast Cable

Holdings, LLC is wholly owned by Comcast Cable Communications Holdings, Inc., a Delaware corporation wholly owned by Comcast Corporation, a publicly-traded Pennsylvania corporation (*see* no. 1, above).

8. Comcast of Arkansas/Florida/Louisiana/Minnesota/Mississippi/Tennessee, Inc. is wholly owned by MOC Holdco II, Inc., a Delaware corporation. In turn, MOC Holdco II, Inc. is wholly owned by Comcast of Georgia/Virginia, Inc., a Colorado corporation, which is wholly owned by Comcast MO Group, Inc., a Delaware corporation. Comcast MO Group, Inc. is wholly owned by Comcast Cable Communications Holdings, Inc., a Delaware corporation wholly owned by Comcast Corporation, a publicly-traded Pennsylvania corporation (*see* no. 1, above).

9. Comcast of Colorado/Pennsylvania/West Virginia, LLC is wholly owned by Comcast of Pennsylvania II, LP, a Delaware limited partnership, which is owned by Century-TCI California Communications, LP, a Delaware limited partnership, and Century-TCI Holdings, LLC, a Delaware limited liability company. Century-TCI Holdings, LLC is itself wholly owned by Century-TCI California Communications, LP. Comcast Cable Holdings, LLC, a Delaware limited liability company, owns a controlling stake in Century-TCI California Communications, LP. In turn, Comcast Cable Holdings, LLC is wholly owned by Comcast Cable Communications Holdings, Inc., a Delaware corporation wholly owned by Comcast Corporation, a publicly-traded Pennsylvania corporation (*see* no. 1, above).

10. Comcast of Florida/Illinois/Michigan, Inc. is owned by Comcast of Michigan, LLC, a Delaware limited liability company, and Comcast MO Investments, Inc., a Delaware corporation. Both Comcast of Michigan, LLC and Comcast MO Investments, Inc. are wholly owned by Comcast MO of Delaware, LLC, a Delaware limited liability company. In turn, Comcast MO of Delaware, LLC is wholly owned by Comcast of Georgia/Virginia, Inc., a Colorado corporation wholly owned by Comcast MO Group, Inc., a Delaware corporation. Comcast MO Group, Inc. is wholly owned by Comcast Cable Communications Holdings, Inc., a Delaware corporation wholly owned by Comcast Corporation, a publicly-traded Pennsylvania corporation (*see* no. 1, above).

11. Comcast of Garden State, L.P. is owned by Lenfest Jersey, LLC, a Delaware limited liability company, and Comcast Garden State, LLC, a Delaware limited liability company. Both Lenfest Jersey, LLC and Comcast Garden State, LLC are wholly owned by Comcast Cable Communications, LLC, a Delaware limited liability company (*see* number 2, above).

12. Comcast of Houston, LLC is wholly owned by Comcast TCP Holdings, Inc., a Delaware corporation. No company directly owns more than fifty-percent of the voting shares of Comcast TCP Holdings, Inc., and no publicly traded company directly holds more than ten percent of its stock. However, Comcast Corporation, through intermediary subsidiaries, indirectly controls Comcast TCP Holdings, Inc. (*see* number 1, above).

<table>
<tr><td>

OF COUNSEL:

Matthew B. Lehr
Anthony I. Fenwick
Suong T. Nguyen
Jill Zimmerman
Veronica Abreu
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000
Fax: (650) 752-2111

Dated: July 26, 2007
809266 / 31932

</td><td>

Respectfully submitted,

POTTER ANDERSON & CORROON LLP


By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

ATTORNEYS FOR DEFENDANTS AND
COUNTERCLAIM PLAINTIFFS,
COMCAST CORPORATION; COMCAST
CABLE COMMUNICATIONS, LLC;
COMCAST OF NEW CASTLE COUNTY,
LLC; COMCAST OF DELMARVA, INC.;
COMCAST OF EASTERN SHORE, LLC;
COMCAST OF CALIFORNIA II, LLC;
COMCAST OF CALIFORNIA/COLORADO,
LLC; COMCAST OF ARKANSAS/
FLORIDA/LOUISIANA/ MINNESOTA/
MISSISSIPPI/TENNESSEE, INC.;
COMCAST OF COLORADO/
PENNSYLVANIA/WEST VIRGINIA, LLC;
COMCAST OF FLORIDA/ILLINOIS/
MICHIGAN, INC.; COMCAST OF GARDEN
STATE, L.P.; AND COMCAST OF
HOUSTON, LLC

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 26, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 26, 2007, I have Electronically Mailed the document to the following person(s):

Andre G. Bouchard
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington DE 19801
abouchard@bmf-law.com
jseaman@bmf-law.com

Robert T. Haslam
Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
robert.haslam@hellerehrman.com
andrew.byrnes@hellerehrman.com

Michael K. Plimack
Dale A. Rice
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
michael.plimack@hellerehrman.com
dale.rice@hellerehrman.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

801959 / 31932