IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC;<br><br>    Defendants. | C.A. No. 1:07-CV-00361 (GMS) |

**DEFENDANTS XM SATELLITE RADIO HOLDINGS INC.,
XM SATELLITE RADIO INC., XM RADIO INC., AND
<u>XM EQUIPMENT LEASING LLC'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants XM Satellite Radio Holdings Inc. ("XM Holdings"), XM Satellite Radio Inc. ("XM Satellite Radio"), XM Radio Inc. ("XM Radio"), and XM Equipment Leasing LLC ("XM Equipment") (collectively, "XM Defendants") disclose the following:

1.	The XM Defendants are nongovernmental corporate parties in the above-captioned action.  XM Holdings is XM Satellite Radio's parent company and owns 100% of XM Satellite Radio.  XM Satellite Radio is XM Radio's parent company and owns 100% of XM Radio.  XM Satellite Radio is XM Equipment's parent company and owns 100% of XM Equipment.

2.	AXA Assurances I.A.R.D. Mutuelle Et Al owns approximately 10% of XM Holdings's stock.

3.	General Motors is one of XM Holdings's shareholders and Chester A. Huber, Jr., the President of OnStar Corporation, a subsidiary of General Motors, is a member of the boards of directors of XM Holdings and XM Satellite Radio.  John W. Mendel, Senior Vice President, automotive operations of American Honda Motor Co. is also a member of the boards of directors of XM Holdings and XM Satellite Radio.

4.	XM Holdings has signed a merger agreement with Sirius Satellite Radio Inc. ("Sirius").  The proposed merger of XM Holdings and Sirius remains subject to regulatory approval.

Dated: August 17, 2007	FISH & RICHARDSON P.C.


By: */s/ Raymond N. Scott, Jr.*
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
302.652.5070
rscott@fr.com

Ruffin B. Cordell
Lauren A. Degnan
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
202-783-5070
cordell@fr.com
degnan@fr.com

Michael Chibib
111 Congress Avenue, #810
Austin, Texas 78701
512-472-5070
chibib@fr.com

Attorneys For Defendants
*XM SATELLITE RADIO HOLDINGS INC.,*
*XM SATELLITE RADIO INC., XM RADIO*
*INC. and XM EQUIPMENT LEASING LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, the attached document was electronically filed with the Clerk of Court using CM/ECF which will send electronic notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 17, 2007, I have Electronically Mailed the document to the following person(s):

| **BY EMAIL** | |
|---|---|
| Andre G. Bouchard<br>John M. Seaman<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801<br>302.573.3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com | *Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P* |

| **BY EMAIL** | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899 | *Attorneys for Defendants Comcast Corporation; Comcast Cable Communications, LLC; Comcast of New Castle County, LLC; Comcast of Delmarva, Inc.; Comcast of Eastern Shore, LLC; Comcast of California II, LLC; Comcast of California/Colorado, LLC; Comcast of Arkansas/Florida/Louisiana/Minnesota/ Mississippi/Tennessee, Inc.; Comcast of Colorado/Pennsylvania/West Virginia, LLC; Comcast of Florida/Illinois/Michigan, Inc.' Comcast of Garden State, L.P.; Comcast of Houston, LLC* |

/s/ *Raymond N. Scott, Jr.*
Raymond N. Scott, Jr.

80048228.doc