IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 1:07-cv-00361-GMS |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS, INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC. and XM EQUIPMENT LEASING, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**THE GEICO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**

Defendants Geico Corporation, Government Employees Insurance Company, Geico General Insurance Company, and Geico Indemnity Company (collectively "Geico Defendants"), hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count II of Plaintiff Ronald A. Katz Technology Licensing, L.P.'s Amended Complaint for Patent

Infringement for failure to state a claim upon which relief may be granted.  In the alternative, the

Geico Defendants hereby move pursuant to Rule 12(e) of the Federal Rules of Civil Procedure

for a more definite statement of Katz's claims.

The Court is respectfully referred to the accompanying brief for the reasons advanced in

support of this motion.

Respectfully submitted,

**FOX ROTHSCHILD LLP**


By:___/s/ Francis G.X. Pileggi_____
    Francis G.X. Pileggi, Esquire (#2624)
    Citizens Bank Center, Suite 1300
    919 North Market Street
    Wilmington, DE   19801-2323
    Phone: (302) 655-3667
    Email: fpileggi@foxrothschild.com

        -and-

    WARD & OLIVO
    John F. Ward, Esquire
    David M. Hill, Esquire
    Michael G. Gabriel, Esquire
    708 Third Avenue
    New York, New York 10017
    Phone: (212) 697-6262
    Email: wardj@wardolivo.com
          hilld@wardolivo.com
          gabrielm@wardolivo.com

    Counsel for Defendants and Counterclaim Plaintiffs
    GEICO CORPORATION, GOVERNMENT
    EMPLOYEES INSURANCE COMPANY, GEICO
    GENERAL INSURANCE COMPANY, GEICO
    INDEMNITY COMPANY AND GEICO
    CASUALTY COMPANY

Dated:  August 22, 2007

2

## CERTIFICATE OF SERVICE

I, Francis G. X. Pileggi, Esquire, hereby certify on this 22nd day of August 2007, that the Geico Defendants' Motion to Dismiss Plaintiff's Complaint or, Alternatively, for a More Definite Statement has been served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Andre G. Bouchard, Esq.
>John M. Seaman, Esq.
>Bouchard Margules & Friedlander, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801

>      /s/ Francis G.X. Pileggi
>Francis G.X. Pileggi, Esquire (#2624)