IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC;<br><br>Defendants. | C.A. No. 07-361 (GMS)<br><br>DEMAND FOR JURY TRIAL |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS plaintiff Ronald A. Katz Technology Licensing, L.P. ("Katz") has requested an extension of time to answer, move or otherwise plead in response to the Counterclaims filed by defendants Comcast Corporation; Comcast Cable Communications, LLC, Comcast Of New Castle County, LLC, Comcast Of Delmarva, Inc., Comcast Of Eastern Shore, LLC, Comcast Of California II, LLC, Comcast Of California/Colorado, LLC, Comcast Of Arkansas/Florida/ Louisiana/Minnesota/Mississippi/ Tennessee, Inc., Comcast Of Colorado/

Pennsylvania/West Virginia, LLC, Comcast Of Florida/Illinois/Michigan, Inc., Comcast Of Garden State, L.P., Comcast Of Houston, LLC (together, "Comcast") to allow it the additional time necessary to evaluate more fully the allegations of the Counterclaims and its response to the allegations;

IT IS HEREBY STIPULATED by Katz and Comcast, subject to the approval of the Court, that Katz may have until September 18, 2007, to answer, move or otherwise plead in response to the Counterclaims.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Dominick T. Gattuso<br>Andre G. Bouchard (#2504)<br>Dominick T. Gattuso (#3630)<br>222 Delaware Ave., Suite 1400<br>Wilmington, DE 19801<br>302.573.3500<br>abouchard@bmf-law.com<br>dgattuso@bmf-law.com<br><br>*Attorneys for Plaintiff*<br>*Ronald A. Katz Technology Licensing, L.P.* | /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>Hercules Plaza<br>Wilmington, DE 19801<br>302.984.6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Comcast Corporation; Comcast Cable Communications, LLC; Comcast Of New Castle County, LLC; Comcast Of Delmarva, Inc.; Comcast Of Eastern Shore, LLC; Comcast Of California II, LLC; Comcast Of California/Colorado, LLC; Comcast Of Arkansas/Florida/ Louisiana/Minnesota/Mississippi/ Tennessee, Inc.; Comcast Of Colorado/ Pennsylvania/West Virginia, LLC; Comcast Of Florida/Illinois/Michigan, Inc.; Comcast Of Garden State, L.P.; Comcast Of Houston, LLC* |

Dated: September 7, 2007

SO ORDERED this ___ day of _____, 2007.

---
UNITED STATES DISTRICT JUDGE