IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC; )<br>)<br>Defendants. ) | C.A. No. 07-361 (GMS)<br><br>DEMAND FOR JURY TRIAL |

**<u>MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of John F. Ward to represent the Geico Defendants in the above matter. Pursuant to

this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission for Mr. Ward will be sent as required.

                                                        FOX ROTHSCHILD LLP

                                     By:    /s/ Francis G.X. Pileggi
                                                 Francis G.X. Pileggi (Del. Bar No. 2624)
                                                 Citizens Bank Center
                                                 Suite 1300
                                                 919 North Market Street
                                                 Wilmington, DE  19801-2323
                                                 Phone:  (302) 655-3667
                                                 E-mail:  fpileggi@foxrothschild.com

                                                 Attorneys for Geico Defendants

Dated:  September 27, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of John F. Ward is GRANTED.

Dated: _____, 2007      _____
                                     Judge

## CERTIFICATE OF SERVICE

I, Francis G. X. Pileggi, Esquire, hereby certify on this 27nd day of September 2007, that the Motion for Pro Hac Vice Appearance of Attorney John F. Ward has been served with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> John M. Seaman, Esquire
> Bouchard Margules & Friedlander, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801

> /s/ Francis G.X. Pileggi
> Francis G.X. Pileggi, Esquire (#2624)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: September 26, 2007

_____
John F. Ward