IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO INC.; XM RADIO INC.; XM EQUIPMENT LEASING LLC; <br><br> Defendants. | C.A. No. 07-361 (GMS) JJF <br><br><br> DEMAND FOR JURY TRIAL |

**STIPULATION AND ORDER SETTING
DATES FOR BRIEFING ON GEICO'S MOTION TO DISMISS OR,
ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT**

WHEREAS, on August 22, 2007, defendants GEICO Corporation; Government Employees Insurance Company; GEICO General Insurance Company; GEICO Indemnity Company; and GEICO Casualty Company (the "GEICO Defendants") filed and served a motion to dismiss or, alternatively, for a more definite statement (the "Motion to Dismiss");

{BMF-W0066905.}

WHEREAS, plaintiff has requested an extension of time to file and serve an opposition to the Motion to Dismiss to allow it the additional time necessary to evaluate and respond to the motion and to accommodate counsel's schedule; and

WHEREAS, the GEICO Defendants have requested an extension of time to file and serve a reply in support of the Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, and subject to the approval of the Court as follows:

1. Plaintiff may have until September 24, 2007, to file and serve an opposition to the GEICO Defendants' Motion to Dismiss; and

2. The GEICO Defendants may have until October 15, 2007, to file and serve a reply in support of their Motion to Dismiss.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ John M. Seaman
Andre G. Bouchard (#2504)
John M. Seaman (#3868)
222 Delaware Ave., Suite 1400
Wilmington, DE 19801
302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Ronald A. Katz Technology Licensing, L.P*

FOX ROTHSCHILD LLP

/s/ Francis G.X. Pileggi
Francis G.X. Pileggi (#2624)
919 N. Market Street
Suite 1300
Wilmington, DE 19801
302.655.3667
fpileggi@foxrothschild.com

*Attorneys for Defendants GEICO Corp.;*
*Government Employees Insurance Company;*
*GEICO General Insurance Company; GEICO*
*Indemnity Company; and GEICO Casualty*
*Company*

Dated: September 4, 2007

## ORDER

SO ORDERED this ___1___ day of ~~September~~ OCTOBER, 2007.

_____
United States District Judge