IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-361 (JJF) |
| COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST OF NEW CASTLE COUNTY, LLC; COMCAST OF DELMARVA, INC.; COMCAST OF EASTERN SHORE, LLC; COMCAST OF CALIFORNIA II, LLC; COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST OF ARKANSAS/FLORIDA/ LOUISIANA/MINNESOTA/MISSISSIPPI/ TENNESSEE, INC.; COMCAST OF COLORADO/ PENNSYLVANIA/WEST VIRGINIA, LLC; COMCAST OF FLORIDA/ILLINOIS/MICHIGAN, INC.; COMCAST OF GARDEN STATE, L.P.; COMCAST OF HOUSTON, LLC; GEICO CORPORATION; GOVERNMENT EMPLOYEES INSURANCE COMPANY; GEICO GENERAL INSURANCE COMPANY; GEICO INDEMNITY COMPANY; GEICO CASUALTY COMPANY; XM SATELLITE RADIO HOLDINGS INC.; XM SATELLITE RADIO, INC.; XM RADIO, INC.; XM EQUIPMENT LEASING, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | DEMAND FOR JURY TRIAL |
| Defendants. | ) ) ) ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Michael Gabriel to represent the Geico Defendants in the above matter. Pursuant

to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for

*pro hac* admission for Mr. Gabriel will be sent as required.

FOX ROTHSCHILD LLP

By:_____/s/ Francis G.X. Pileggi_____
     Francis G.X. Pileggi (Del. Bar No. 2624)
     Citizens Bank Center
     Suite 1300
     919 North Market Street
     Wilmington, DE  19801-2323
     Phone:  (302) 655-3667
     E-mail:  fpileggi@foxrothschild.com

     Attorneys for Geico Defendants

Dated:  October 24, 2007

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael

Gabriel is GRANTED.


Dated: _____, 2007        _____

                                     Judge

## CERTIFICATE OF SERVICE

I, Francis G. X. Pileggi, Esquire, hereby certify on this 24th day of October 2007, that the

Motion for Pro Hac Vice Appearance of Attorney Michael Gabriel has been served with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

John M. Seaman, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Raymond N. Scott, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

Matthew B. Lehr, Esquire
Anthony I. Fenwick, Esquire
Davis Polk & Wardwell
600 El Camino Real
Menlo Park, CA 94025


      /s/ Francis G.X. Pileggi
Francis G.X. Pileggi, Esquire (#2624)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: October 24, 2007

_____
Michael Gabriel

WM1A 123875v1 10/24/07