OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 5, 2007

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE:  07cv361 JJF Ronald A. Katz Technology Licensing LP v. Comcast Corp et al

Dear Clerk:

Pursuant to an order transferring the above captioned case to your Court, enclosed please find the following items:

(X)  Certified copy of the docket sheet;
(X)  Certified copy of the Order of Transfer;
( )  Original case file documents (if applicable);

Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

Please acknowledge receipt of the above items on the attached copy of this letter.

Sincerely,

Peter T. Dalleo, Clerk of Court

By: /s/ Dorothy A. Blansfield
Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____

**Signature** _____